IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LEONARD EUGENE KEEN | § | |
| VS. | § | CIVIL ACTION NO. 1:08cv36 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Leonard Eugene Keen, an inmate confined in the Clements Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that in 2001, he was convicted of criminal solicitation of capital murder in the 369th District Court of Cherokee County, Texas. He was sentenced to life imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Accordingly, this court has jurisdiction over the petition.

However, while Cherokee County is located within the Eastern District of Texas, it is in the Tyler Division, rather than the

Beaumont Division. As a result, this case should be transferred to the Tyler Division of this court. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

    **SIGNED** this ___18___ day of _____January_____, 2008.

 

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE